IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 4:18-CR-000045-BSM**

**TRAVEAL KIDD**                                                                                      **DEFENDANT**

## ORDER

Traveal Kidd's motion for compassionate release [Doc. No. 56] is denied.

Kidd pleaded guilty to distributing methamphetamine. Doc. No. 48. He was sentenced to 87 months of imprisonment and four years of supervised release. Doc. No. 53. He moves for compassionate early release, pursuant to 18 U.S.C. section 3582(c)(1)(A), which requires consideration of 18 U.S.C. section 3553 sentencing factors. There is jurisdiction over his motion because he has exhausted his administrative remedies, *see* Doc. No. 56 at 3. *United States v. Smith*, case number 4:95-CR-00019-LPR-4, Doc. No. 440 (E.D. Ark. May 14, 2020).

Kidd contends that he qualifies for compassionate release because he is at "extreme risk" of suffering severe complications from COVID-19. Doc. No. 53 at 1. He argues that his facility is crowded and that staff fail to take precautions to prevent the spread of COVID-19, warranting his compassionate release. 18 U.S.C. § 3582(c)(1)(A)(i).

The government argues that Kidd is ineligible for a sentence reduction because he is a danger to the community. U.S.S.G. § 1B1.13. This is true because he is serving a prison sentence for distribution of methamphetamine, and he has convictions for residential burglary

and theft of property, in addition to a history of substance abuse and arrests for domestic battery. Doc. No. 57 at 6.

Nothing in the record indicates that Kidd is suffering from physical or mental deterioration, nor does he argue that he has any risk factors for COVID-19 complications. Moreover, general concerns about coronavirus exposure or reinfection do not satisfy the "extraordinary and compelling" requirement of section 3582.

Kidd's request is denied because he is a danger to society, and there is no reason to revisit the Section 3553(a) factors that were considered at the time of sentencing. *See, e.g.*, *United States v. Ram*, 2020 WL 3100837, at *3 (E.D. Ark. June 11, 2020).

IT IS SO ORDERED this 22nd day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE