IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     CASE NO. 4:18-CR-00045-BSM

TRAVEAL KIDD     DEFENDANT

## ORDER

Traveal Kidd's pro se motion to reduce his sentence [Doc. No. 60] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his sentencing range. *See* U.S.S.G. § 1B1.10(a)(2). This is true because the amendment merely reduces his criminal history points from six to four, and therefore his criminal history category remains at level III. Additionally, Kidd's plea agreement provides that he "waives the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." Doc. No. 49 at 3. Because Kidd knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief. *See United States v. Cowan*, 781 F. App'x 571, 571–72 (8th Cir. 2019) (per curiam) (affirming dismissal of a section 3582(c)(2) motion when the record established that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 8th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE